A. Trostler, appellee, v. Raymond T. Waters, appellant. Gen. No. 31,507.

Action for realty broker's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927. Rehearing denied May 16, 1927.

Harold A. Fein, for appellant. Samuel J. Blumenthal, for appellee; A. B. Manion, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Lillian Grace McDonell, appellant, v. James Hartnett, appellee. Gen. No. 31,613.

Petition for writ of assistance. Dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the February term, 1925. Reversed and remanded with directions. Opinion filed May 2, 1927.

Fisher, Boyden, Kales & Bell, for appellant; William W. Case and Thomas H. Fisher, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Hiram A. Whitman, appellant, v. Acme X-Ray Company and Acme International X-Ray Company, appellees. Gen. No. 31,482.

Action for salary due under written contract. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Opinion filed May 9, 1927.

Trainor & Trainor, for appellant. William R. T. Ewen, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Inez L. Tinsley, appellee, v. W. O. Dice, appellant. Gen. No. 31,513.

Action for personal injuries from collision of automobiles. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Phillip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 9, 1927.

Burt A. Crowe, for appellant. Kirkland, Patterson & Fleming for appellee.

Mr. Justice Johnston delivered the opinion of the court.